SMITH, Respondent, v. ROBSON, Appellant.

(Common Pleas of New York City and County, General Term. January 5,
1894.)

Appeal from city court, general term.
Action by James R. Smith against Stuart Robson.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
W. W. Culver, for appellant.
Howe & Hummel, for respondent.

No opinion. Judgment reversed, new trial ordered, costs to the appellant to abide the event. Motion for leave to appeal to the court of appeals granted. See 26 N. Y. Supp. 884.